JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANDRADE QUIROGA, | ) CASE NO. CV 15-104-JFW (PJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

Pursuant to the Order filed herewith,

IT IS HEREBY ADJUDGED that the application is denied and this matter is dismissed without prejudice.

DATED:   April 27, 2015.

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE